Submitted on record and briefs October 6, reversed and remanded
December 6, 2000

ANGEL SEGURA,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(99C-18628; CA A108413)

15 P3d 99

Tomina Carter filed the brief for appellant.

Kelly Knivila filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

## PER CURIAM

Petitioner appeals from the trial court's *sua sponte* dismissal of his petition for habeas corpus. He argues that the petition contains factual allegations that are sufficient both to bring his claim within the holding of *Peek v. Thompson*, 160 Or App 260, 980 P2d 178, *rev dismissed* 329 Or 553 (1999), and to show that there is insufficient evidence in the record to support the decision of the Board of Parole and Post-Prison Supervision to extend his parole release date under the applicable administrative rule. The state concedes that the trial court erred, and we agree.

Reversed and remanded.